**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-7388

_____

KENNETH L. SMITH, JR.,

                                  Plaintiff - Appellant,

     versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; LEON
VISINTAINER, Prison Industries Supervisor;
HERMAN PEEPELS, Prison Industries Supervisor,
sued in their individual and official
capacities,

                                  Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-03-795-6-20AK)

_____

Submitted: January 29, 2004       Decided:  February 5, 2004

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth L. Smith, Jr., Appellant Pro Se. Scott Timothy Justice,
HORGER, HORGER & JUSTICE, LLC, Orangeburg, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth L. Smith, Jr., appeals the district court's order denying relief on his complaint alleging violations of 42 U.S.C. § 1983 (2000) and the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. South Carolina Dep't of Corr., No. CA-03-795-6-20AK (D.S.C. Aug. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED